Filing # 23061524 E-Filed 01/28/2015 10:58:57 AM

### IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
### IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

BRIAN M. HOAG and
HERBERT J. HOAG, JR.,                                      CASE NO.:

       Plaintiffs,

vs.

SALLIE MAE, INC.,                              <u>DEMAND FOR JURY TRIAL</u>

       Defendant.

_____/

### COMPLAINT

**COMES NOW**, Plaintiffs, BRIAN M. HOAG and HERBERT J. HOAG, JR., (hereafter "Plaintiffs"), by and through undersigned counsel, hereby sues Defendant, SALLIE MAE, INC. (hereafter "Defendant"), and states as follows:

### PRELIMINARY STATEMENT

This action arises out of Defendant's violations of the Florida Consumer Collection Practices Act, Florida Statute §§ 559.55 *et seq.* (hereafter the "FCCPA") and the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.* (hereafter the "TCPA").

### GENERAL ALLEGATIONS

1.     Plaintiff, BRIAN M. HOAG, is an individual residing in Hillsborough County, Florida.

2.     This is an action for damages greater than $15,000.00.

3.     Defendant a foreign profit corporation as registered with Florida Department of State, Division of Corporations.

4.     Defendant is a "Creditor", as defined by the FCCPA, Fla. Stat. § 559.55(3), and does business throughout the state of Florida, including Hillsborough County, Florida.

5.  The debt is a consumer debt as defined by the FCCPA, Florida Statute §559.55(1).

6.  Defendant is a "person" subject to regulations under the Fla. Stat. § 559.72 and 47 U.S.C. § 227(b)(1).

## FACTUAL ALLEGATIONS

7.  It is alleged by Defendant that Plaintiff, BRIAN M. HOAG, owed a debt to Defendant relating to student loans, Account/Loan Numbers: 5029350400257254; 5029350404659224; and 5029350404659240.

8.  Plaintiff, HERBERT J. HOAG, JR., was a co-signor on student loans, Account/Loan Numbers: 5029350400257254; 5029350404659224; and 5029350404659240.

9.  Plaintiffs revoked any prior express consent to contact Plaintiffs via cell phone on March 18, 2014 at 9:21 A.M. through a facsimile transmission to Defendant's facsimile no. (800) 443-9723. *See* Exhibit "A."

10.  Plaintiff's, BRIAN M. HOAG, cellular telephone number is (727) 804-0666.

11.  Defendant used an automatic telephone dialing system or an artificial or prerecorded voice to place telephone calls to Plaintiff's, BRIAN M. HOAG, cellular telephone after Plaintiff, BRIAN M. HOAG, revoked any prior express consent. *See* Brian M. Hoag's Attached Call Log, Exhibit "B."

12.  Plaintiff's, HERBERT J. HOAG, JR., cellular telephone number is (772) 485-6870.

13.  Defendant used an automatic telephone dialing system or an artificial or prerecorded voice to place telephone calls to Plaintiff's, HERBERT J. HOAG, JR., cellular telephone after Plaintiff, HERBERT J. HOAG, JR., revoked any prior express consent. *See* Herbert J. Hoag, JR's Attached Call Log, Exhibit "C."

14.     Because of the continued harassing phone calls, Plaintiffs sent a second letter to Defendant on July 7, 2014 at 5:37 P.M. through a facsimile transmission to Defendant's facsimile no. (800) 443-9723, revoking any prior express consent to contact Plaintiffs' via cell phone. *See* Exhibit "D."

15.     Defendant knowingly or willfully called Plaintiffs' cellular telephones after Defendant had unequivocal notice that Plaintiffs were represented by an attorney and could readily ascertain the Firm's contact information.

16.     Plaintiffs' attorney did not fail to respond within a reasonable period of time to any communication from Defendant, did not consent to Defendant's direct communication with Plaintiffs, and Plaintiffs did not initiate any communications.

17.     None of Defendant's telephone calls placed to Plaintiffs were for "emergency purposes" as specified in 47 U.S.C. § 227 (b)(1)(A).

18.     None of Defendant's telephone calls placed to Plaintiffs were made with Plaintiffs' "prior express consent" as specified in 47 U.S.C. § 227 (b)(1)(A).

19.     All conditions precedent to the filing of this lawsuit have been performed or have occurred.

### COUNT I (BRIAN M. HOAG): VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(7)

20.     Plaintiff, BRIAN M. HOAG, incorporates all allegations in paragraphs 1-19 as if stated fully herein.

21.     Jurisdiction is proper, pursuant to Florida Statute § 559.77(1).

22.     Defendant violated Florida Statute § 559.72(7) when it willfully communicated with the Plaintiff, BRIAN M. HOAG, with such frequency as can reasonably be expected to abuse or harass Plaintiff, BRIAN M. HOAG.

23.     Specifically, Defendant continued to make numerous telephone calls to Plaintiff's, BRIAN M. HOAG, cellular telephone after being notified to no longer call Plaintiff, BRIAN M. HOAG, through any means.

**WHEREFORE**, Plaintiff, BRIAN M. HOAG, demands judgment against Defendant, SALLIE MAE, INC., for the following relief:

a.     any actual damages sustained by Plaintiff, BRIAN M. HOAG, as a result of the above allegations;

b.     additional statutory damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

c.     pursuant to §559.77(2), any specific or injunctive relief necessary to make Plaintiff, BRIAN M. HOAG, whole;

d.     in the case of a successful action sustaining the liability of Defendant, pursuant to the FCCPA, Fla. Stat. § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Plaintiff, BRIAN M. HOAG; and

e.     any other relief the court deems just and proper.

## COUNT II (BRIAN M. HOAG): VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(18)

24.     Plaintiff, BRIAN M. HOAG, incorporates all allegations in paragraphs 1-19 as if stated fully herein.

25.     Jurisdiction is proper, pursuant to Florida Statute § 559.77(1).

26.     Defendant violated the FCCPA, Fla. Stat. § 559.72(18), when it knowingly communicated with Plaintiff, BRIAN M. HOAG, after it knew Plaintiff, BRIAN M. HOAG, was represented by counsel and could reasonably ascertain the name and address of counsel.

27.     Specifically, Defendant continued to place phone calls to Plaintiff's, BRIAN M. HOAG, cellular telephone despite having actual knowledge that Plaintiff was represented by an attorney.

**WHEREFORE**, Plaintiff, BRIAN M. HOAG, demands judgment against Defendant, SALLIE MAE, INC., for the following relief:

a.      any actual damages sustained by Plaintiff, BRIAN M. HOAG, as a result of the above allegations;

b.      additional statutory damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

c.      pursuant to §559.77(2), any specific or injunctive relief necessary to make Plaintiff, BRIAN M. HOAG, whole;

d.      in the case of a successful action sustaining the liability of Defendant, pursuant to the FCCPA, Fla. Stat. § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Plaintiff, BRIAN M. HOAG; and

e.      any other relief the court deems just and proper.

## COUNT III (BRIAN M. HOAG): VIOLATION OF THE TCPA, 47 U.S.C. § 227(b)(1)(A)(iii)

28.     Plaintiff, BRIAN M. HOAG, incorporates all allegations in paragraphs 1-19 as if stated fully herein.

29.     Jurisdiction is proper, pursuant to 47 U.S.C. § 227(b)(3).

30.     Defendant used an automatic telephone dialing system or an artificial or prerecorded voice as defined by 47 U.S.C. § 227(a)(1)(A)(iii) to make telephone calls to Plaintiff's, BRIAN M. HOAG, cellular telephone.

31.     Defendant independently violated 47 U.S.C. § 227(b)(1)(A)(iii) for each call that Defendant placed to Plaintiff's, BRIAN M. HOAG, cellular telephone using an automatic telephone dialing system or an artificial or prerecorded voice.

32.     The phone calls made by Defendant are considered willing and knowing violations of the TCPA, as Defendant is a sophisticated credit lender that is well aware of the TCPA and its prohibitions.

**WHEREFORE**, Plaintiff, BRIAN M. HOAG, demands judgment against Defendant, SALLIE MAE, INC., for the following relief:

a.     statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) in the amount of $500.00 for each of the independent violations occurring after March 18, 2014;

b.     an increase in the amount of the award to an amount equal to three times the amount available pursuant to 47 U.S.C. § 227(b)(3)(B) where each of Defendant's independent violations were made willfully or knowingly; and

c.     any other relief the court deems just and proper.

## COUNT IV (HERBERT J. HOAG, JR): VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(7)

33.     Plaintiff, HERBERT J. HOAG, JR., incorporates all allegations in paragraphs 1-19 as if stated fully herein.

34.     Jurisdiction is proper, pursuant to Florida Statute § 559.77(1).

35.     Defendant violated Florida Statute § 559.72(7) when it willfully communicated with the Plaintiff, HERBERT J. HOAG, JR., with such frequency as can reasonably be expected to abuse or harass Plaintiff, HERBERT J. HOAG, JR..

36.     Specifically, Defendant continued to make numerous telephone calls to Plaintiff's, HERBERT J. HOAG, JR., cellular telephone after being notified to no longer call Plaintiff, HERBERT J. HOAG, JR., through any means.

**WHEREFORE**, Plaintiff, HERBERT J. HOAG, JR., demands judgment against Defendant, SALLIE MAE, INC., for the following relief:

a.     any actual damages sustained by Plaintiff, HERBERT J. HOAG, JR., as a result of the above allegations;

b.     additional statutory damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

c.     pursuant to §559.77(2), any specific or injunctive relief necessary to make Plaintiff, HERBERT J. HOAG, JR., whole;

d.     in the case of a successful action sustaining the liability of Defendant, pursuant to the FCCPA, Fla. Stat. § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Plaintiff, HERBERT J. HOAG, JR.; and

e.     any other relief the court deems just and proper.

## COUNT V (HERBERT J. HOAG, JR): VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(18)

37.     Plaintiff, HERBERT J. HOAG, JR., incorporates all allegations in paragraphs 1-21 as if stated fully herein.

38.     Jurisdiction is proper, pursuant to Florida Statute § 559.77(1).

39.     Defendant violated the FCCPA, Fla. Stat. § 559.72(18), when it knowingly communicated with Plaintiff, HERBERT J. HOAG, JR., after it knew Plaintiff, HERBERT J. HOAG, JR., was represented by counsel and could reasonably ascertain the name and address of counsel.

40. Specifically, Defendant continued to place phone calls to Plaintiff's, HERBERT J. HOAG, JR., cellular telephone despite having actual knowledge that Plaintiff was represented by an attorney.

**WHEREFORE**, Plaintiff, HERBERT J. HOAG, JR., demands judgment against Defendant, SALLIE MAE, INC., for the following relief:

a. any actual damages sustained by Plaintiff, HERBERT J. HOAG, JR., as a result of the above allegations;

b. additional statutory damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

c. pursuant to §559.77(2), any specific or injunctive relief necessary to make Plaintiff, HERBERT J. HOAG, JR., whole;

d. in the case of a successful action sustaining the liability of Defendant, pursuant to the FCCPA, Fla. Stat. § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Plaintiff, HERBERT J. HOAG, JR.; and

e. any other relief the court deems just and proper.

## COUNT VI (HERBERT J. HOAG, JR): VIOLATION OF THE TCPA, 47 U.S.C. § 227(b)(1)(A)(iii)

41. Plaintiff, HERBERT J. HOAG, JR., incorporates all allegations in paragraphs 1-21 as if stated fully herein.

42. Jurisdiction is proper, pursuant to 47 U.S.C. § 227(b)(3).

43. Defendant used an automatic telephone dialing system or an artificial or prerecorded voice as defined by 47 U.S.C. § 227(a)(1)(A)(iii) to make telephone calls to Plaintiff's, HERBERT J. HOAG, JR., cellular telephone.

44.     Defendant independently violated 47 U.S.C. § 227(b)(1)(A)(iii) for each call that Defendant placed to Plaintiff's, HERBERT J. HOAG, JR., cellular telephone using an automatic telephone dialing system or an artificial or prerecorded voice.

45.     The phone calls made by Defendant are considered willing and knowing violations of the TCPA, as Defendant is a sophisticated credit lender that is well aware of the TCPA and its prohibitions.

**WHEREFORE**, Plaintiff, HERBERT J. HOAG, JR., demands judgment against Defendant, SALLIE MAE, INC., for the following relief:

a.      statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) in the amount of $500.00 for each of the independent violations occurring after March 18, 2014;

b.      an increase in the amount of the award to an amount equal to three times the amount available pursuant to 47 U.S.C. § 227(b)(3)(B) where each of Defendant's independent violations were made willfully or knowingly; and

c.      any other relief the court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues.

Respectfully Submitted,

Date: **January 27, 2015**

North Tampa Law Group, LLC

/s/  Brian D. Arrighi
Brian D. Arrighi, Esq.
Florida Bar No.: 10268
North Tampa Law Group, LLC
26852 Tanic Drive, Suite 102
Wesley Chapel, FL  33544
Service Email:
Service@NorthTampaLawGroup.com
Phone: (813) 518-7411
Fax:    (813) 377-2892
**Attorney for Plaintiffs**

# Send Result Report
MFP
## TASKalfa 300ci



Firmware Version  2H7_2F00.013.006 2012.01.06

03/18/2014 09:21
[2J2_1000.024.001] [2H7_1100.002.003] [2H7_7600.013.006]

Job No.: 132581                Total Time: 0°00'29"          Page: 002

# Complete

Document:          doc20140318092020

FACSIMILE COVER PAGE

Date:  March 18, 2014

To:    Sallie Mae                          Phone:    n/a
                                            Fax:      800-443-9723

From: Anthony Bradlow                       Phone:    727-533-5120
                                            Fax:      727-471-1206

RE:    Brian Hoag

Number of Pages (including cover page):    2

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 03/18/14 09:20 | 18004439723 | 0°00'29" | FAX | OK | 200x100 Normal/On |

# Exhibit "A"

1                                    [ CJC0404679 ]

FACSIMILE COVER PAGE

Date:   March 18, 2014

To:     Sallie Mae                    Phone:    n/a
                                      Fax:      800-443-9723


From:   Anthony Bradlow              Phone:    727-533-5120
                                      Fax:      727-471-1206


RE:     Brian Hoag

Number of Pages (including cover page):     2


This message is only for the use of the named addressee and may contain legally privileged and confidential information. If you are not the named addressee, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately e-mail the information back to the sender and then delete this message from your files. Please call us collect if you have any questions.

March 18, 2014

*VIA FACSIMILE: 800-443-9723*

Sallie Mae
P.O. Box 9640
Wilkes-Barre, PA 18773

       **RE:**   Loan:  5029350400257254
                       5029350404659224
                       5029350404659240

To Whom It May Concern:

Please be aware that I represent Brian M. Hoag, Carol Hoag, and Herbert Hoag, in regards to the above referenced loans. They have hired me to look into possible loss mitigation efforts, including forbearance, refinancing, and/or different ways to help them repay the loans, considering they have had issues in the past in paying in a timely fashion. Please do not contact my clients on any of their phone numbers regarding their loans. Rather, if you have any questions or concerns, or update regarding the above referenced loss mitigation offers, please contact me at phone number (888) 783-4196, or send written correspondence to 9800 4th St. N., St. Petersburg, FL 33702.

Thank you for your attention.

Very Truly Yours,

Anthony Bradlow, Esq.



BOSS | ARRIGHI | HOAG

ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DIENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA L. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 4/3/14    7:19 p.m.    Conversation Notes: *left automated voicemail*

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888) 272-5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 4/4/14  7:11 p.m.    Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888) 272-5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 4/7/14    Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888) 272-5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 5/28/14  8:12 p.m.    Conversation Notes: *voicemail*

Creditor's Name: Sallie Mae

Creditor's Phone Number: (855) 874-3468

Representatives Name:

Account Number:

## Exhibit "B"

9800 FOURTH STREET NOR
5321 PRIMROSE LAKE CIRC
2125 WINDWARD WAY | VERO BEACH, FLORIDA 32963 | PHONE: (772) 675-4304

7) 471-0039 | FAX: (727) 471-1206
6) 207-2020

───── WWW.PROTECTYOURFUTURE.COM ─────



**BOSS | ARRIGHI | HOAG**

ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA F. DAVIS, ESQ.
DENISA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM E. BAUMAN, ESQ.
ALEXANDRA I. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 5/30/14 ; 8:53 p.m.   Conversation Notes: *left automated voicemail*

Creditor's Name: Sallie Mae

Creditor's Phone Number: (855) 874-3468

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 6/3/14 ; 7:05 p.m.   Conversation Notes: *left automated voicemail*

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888) 272-5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 6/27/14 ; 8:10 pm.   Conversation Notes: *left automated voicemail*

Creditor's Name: Sallie Mae

Creditor's Phone Number: (855) 874-3468

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 7/3/14 ; 7:34 p.m   Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888) 272-5543

Representatives Name:

Account Number:

9800 FOURTH STREET NORTH, SUITE 402 | ST. PETERSBURG, FLORIDA 33702 | PHONE: (727) 471-0039 | FAX: (727) 471-1206
5321 PRIMROSE LAKE CIRCLE | TAMPA, FLORIDA 33647 | PHONE: (813) 251-2921 | FAX: (866) 207-2020
2125 WINDWARD WAY | VERO BEACH, FLORIDA 32963 | PHONE: (772) 675-4304
WWW.PROTECTYOURFUTURE.COM

البية



BOSS | ARRIGHI | HOAG

ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA L. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA L. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 7/4/14; 5:21 p.m.   Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888) 272-5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 7/7/14; 7:27 p.m.   Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888) 272-5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 8/13/14; 6:23 p.m.   Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888) 272-5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 8/14/14; 6:19 p.m.   Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888) 272-5543

Representatives Name:

Account Number:

---



**BOSS | ARRIGHI | HOAG**

ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA T. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM F. BAUMAN, ESQ.
ALEXANDRA E. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 8/15/14 ; 4:16 p.m. Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888)272-5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 8/18/14 ; 6:13 p.m. Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888)272-5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 8/19/14 ; 6:10 p.m. Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888)272-5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 8/20/14 ; 6:09 p.m. Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888)272-5543

Representatives Name:

Account Number:

---



BOSS | ARRIGHI | HOAG
ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM E. BAUMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 8/21/14 ; 6:07pm    Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (888) 272-5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 8/22/14 : 8:07a.m.    Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (765)283-3227

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 8/22/14 ; 9:46a.m.    Conversation Notes: Sabrina

Creditor's Name: Sallie Mae

Creditor's Phone Number: (765)283-3227

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 8/22/14 12:01pm    Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (765)283-3227

Representatives Name:

Account Number:

---



CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA J. FREESE, ESQ.

# CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: *9/22/14; 6:02 p.m.*   Conversation Notes:

Creditor's Name: *Sallie Mae*

Creditor's Phone Number: *(765) 283-3227*

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: *9/4/14; 7:34 p.m.*   Conversation Notes:

Creditor's Name: *Sallie Mae*

Creditor's Phone Number: *(888) 272-5543*

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: *9/5/14; 5:08 p.m.*   Conversation Notes:

Creditor's Name: *Sallie Mae*

Creditor's Phone Number: *(888) 272-5543*

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: *9/8/14; 6:55 a.m.*   Conversation Notes:

Creditor's Name: *Sallie Mae*

Creditor's Phone Number: *(888) 272-5543*

Representatives Name:

Account Number:

---

9800 FOURTH STREET NORTH, SUITE 402 | ST. PETERSBURG, FLORIDA 33702 | PHONE: (727) 471-0039 | FAX: (727) 471-1206
5321 PRIMROSE LAKE CIRCLE | TAMPA, FLORIDA 33647 | PHONE: (813) 251-2921 | FAX: (866) 207-2020
2125 WINDWARD WAY | VERO BEACH, FLORIDA 32963 | PHONE: (772) 675-4304
WWW.PROTECTYOURFUTURE.COM



BOSS | ARRIGHI | HOAG
ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
IRENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA I. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes) / No

Date and Time: _9/10/14; 6:29 p.m._          Conversation Notes:

Creditor's Name: _Sallie Mae_

Creditor's Phone Number: _(888) 272-5543_

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: _9/11/14; 6:27 p.m._          Conversation Notes:

Creditor's Name: _Sallie Mae_

Creditor's Phone Number: _(888) 272-5543_

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: _9/12/14; 4:22 p.m_          Conversation Notes:

Creditor's Name: _Sallie Mae_

Creditor's Phone Number: _(888) 272-5543_

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: _9/15/14; 6:13 p.m_          Conversation Notes:

Creditor's Name: _Sallie Mae_

Creditor's Phone Number: _(888) 272-5543_

Representatives Name:

Account Number:

---



**BOSS | ARRIGHI | HOAG**

ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAIMAN, ESQ.
ALEXANDRA I. REESE, ESQ.

## CREDITOR CALL LOG

Call Received on a Cell Phone (Yes)/ No

Date and Time: _9/16/14; 6:20 p.m._  Conversation Notes:

Creditor's Name: _Sallie Mae_

Creditor's Phone Number: _(888)272-5343_

Representatives Name:

Account Number:

---

Call Received on a Cell Phone (Yes)/ No

Date and Time: _9/17/14;_   Conversation Notes: _automated message_

Creditor's Name: _Sallie Mae_

Creditor's Phone Number: _(888)272-5543_

Representatives Name:

Account Number:

---

Call Received on a Cell Phone (Yes)/ No

Date and Time: _9/22/14; 8:01 a.m._  Conversation Notes:

Creditor's Name: _Sallie Mae_

Creditor's Phone Number: _(317)348-9984_

Representatives Name:

Account Number:

---

Call Received on a Cell Phone (Yes)/ No

Date and Time: _9/22/14; 10:10 a.m._  Conversation Notes:

Creditor's Name: _Sallie Mae_

Creditor's Phone Number: _(317)348-9984_

Representatives Name:

Account Number:

9800 FOURTH STREET NORTH, SUITE 402 | ST. PETERSBURG, FLORIDA 33702 | PHONE: (727) 471-0039 | FAX: (727) 471-1206
5321 PRIMROSE LAKE CIRCLE | TAMPA, FLORIDA 33647 | PHONE (813) 251-2921 | FAX: (866) 207-2020
2125 WINDWARD WAY | VERO BEACH, FLORIDA 32963 | PHONE: (772) 675-4304
WWW.PROTECTYOURFUTURE.COM



BOSS | ARRIGHI | HOAG
ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. BARSAM, ESQ.
ALEXANDRA L. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes) / No

**Date and Time:** 9/22/14 - 1:18 p.m.     Conversation Notes:

**Creditor's Name:** Sallie Mae

**Creditor's Phone Number:** (317) 348-9984

**Representatives Name:**

**Account Number:**

---

**Call Received on a Cell Phone** (Yes) / No

**Date and Time:** 9/18/14; 6:14 pm     Conversation Notes: automated message

**Creditor's Name:** Sallie Mae

**Creditor's Phone Number:** (888) 272-5543

**Representatives Name:**

**Account Number:**

---

**Call Received on a Cell Phone** (Yes) / No

**Date and Time:** 9/22/14; 3:55 pm     Conversation Notes:

**Creditor's Name:** Sallie Mae

**Creditor's Phone Number:** (317) 348-9984

**Representatives Name:**

**Account Number:**

---

**Call Received on a Cell Phone** (Yes) / No

**Date and Time:** 9/22/14; 6:01 p.m.     Conversation Notes:

**Creditor's Name:** Sallie Mae

**Creditor's Phone Number:** (317) 348-9984

**Representatives Name:**

**Account Number:**



BOSS | ARRIGHI | HOAG
————————————————————
ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 9/23/14   5:26 p.m.     Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (302) 283-4044

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone**  Yes / No

Date and Time: 9/22/14; 7:21 p.m.     Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: (302) 283-4044

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone**  Yes / No

Date and Time:                        Conversation Notes:

Creditor's Name:

Creditor's Phone Number:

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone**  Yes / No

Date and Time:                        Conversation Notes:

Creditor's Name:

Creditor's Phone Number:

Representatives Name:

Account Number:

---



# BOSS | ARRIGHI | HOAG
## ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA L. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. BAUMAN, ESQ.
ALEXANDRA J. RICE, ESQ.

## CREDITOR CALL LOG

Call Received on a Cell Phone (Yes)/ No
Date and Time: 7:51am / 3.9.14          Conversation Notes:
Creditor's Name: Sallie Mae
Creditor's Phone Number:
Representatives Name: Brandon
Account Number:

Call Received on a Cell Phone (Yes)/ No
Date and Time: 3.31.14 / 7:51am          Conversation Notes:
Creditor's Name: Sallie Mae
Creditor's Phone Number:
Representatives Name: Kelly Thomas
Account Number:

Call Received on a Cell Phone (Yes)/ No
Date and Time: 4.3.14 / 3:15pm          Conversation Notes:
Creditor's Name: Sallie Mae
Creditor's Phone Number:
Representatives Name: Daphnee
Account Number:

Call Received on a Cell Phone (Yes)/ No
Date and Time: 4.4.14 / 12:10pm          Conversation Notes:
Creditor's Name: Sallie Mae
Creditor's Phone Number:
Representatives Name: Desiree
Account Number:

# Exhibit "C"

9800 FOURTH STREET NORTH,
5321 PRIMROSE LAKE CIRCLE |
2125 WINDWARD WAY | VERO

71-0039 | FAX: (727) 471-1206
207-2020

WWW.PROTECTYOURFUTURE.COM



BOSS | ARRIGHI | HOAG
ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN B. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTOPHER J. DAVIS, ESQ.
DEBRA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
AJSSA T. RADMAN, ESQ.
ALEXANDER J. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes)/ No
Date and Time: 4 5 14/ 11am          Conversation Notes:
Creditor's Name: Sallie Mae
Creditor's Phone Number: 866 215 1957
Representatives Name: Nette Brown
Account Number:

**Call Received on a Cell Phone** (Yes)/ No
Date and Time: 4 7 14/ 1pm          Conversation Notes:
Creditor's Name: Sallie Mae
Creditor's Phone Number: 877 770 4157
Representatives Name: Dan
Account Number:

**Call Received on a Cell Phone** (Yes)/ No
Date and Time: 4 8 14/ 9am          Conversation Notes:
Creditor's Name: Sallie Mae
Creditor's Phone Number: 877 770 4157
Representatives Name: Mary
Account Number:

**Call Received on a Cell Phone** (Yes)/ No
Date and Time: 4 8 14 7pm          Conversation Notes:
Creditor's Name: Sallie Mae
Creditor's Phone Number: 877 770 4157
Representatives Name:
Account Number:



BOSS | ARRIGHI | HOAG
ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTOPHER J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 4.9  14/ 1210pm    Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: 317 348 9984

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 4.9.14 / 145pm    Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: 317 348 9984

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 4.9.14 / 325pm    Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: 317 348 9984

Representatives Name: Amber

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 4.9.14 / 511pm    Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: 317 348 9984

Representatives Name: Amber

Account Number:

---

9800 FOURTH STREET NORTH, SUITE 402 | ST. PETERSBURG, FLORIDA 33702 | PHONE: (727) 471-0039 | FAX: (727) 471-1206
5321 PRIMROSE LAKE CIRCLE | TAMPA, FLORIDA 33647 | PHONE: (813) 251-2924 | FAX: (866) 207-2020
2125 WINDWARD WAY | VERO BEACH, FLORIDA 32963 | PHONE: (772) 675-4304
━━━━ WWW.PROTECTYOURFUTURE.COM ━━━━



BOSS | ARRIGHI | HOAG

ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINE J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDT, ESQ.
MARK T. RAYMOND, ESQ.
ALEXANDRIA J. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 4.9.14 ℓ4:40pm       Conversation Notes:

Creditor's Name: Sallie mac

Creditor's Phone Number: 313 318 9984

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 4.9.14 / 835pm       Conversation Notes:

Creditor's Name: Sallie mac

Creditor's Phone Number: 317 318 9984

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 4.9.14 / 837pm       Conversation Notes:

Creditor's Name: Sallie mac

Creditor's Phone Number: 317 318 9984

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 4.10.14       Conversation Notes:

Creditor's Name: Sallie mac

Creditor's Phone Number: Blocked

Representatives Name:

Account Number:



BOSS | ARRIGHI | HOAG
ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN J. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEBRA M. DAVIS, ESQ.
MATTHEW W. EXNER, ESQ.
ADAM T. BATAMAN, ESQ.
ALEXANDRA J. KESSLER, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone (Yes) / No**

Date and Time: 4·10·14      Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: Blocked

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone (Yes) / No**

Date and Time: 5/31/14 - 11am      Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 877 809 8533

Representatives Name: Kelly Thomas

Account Number:

---

**Call Received on a Cell Phone (Yes) / No**

Date and Time: 6·31·14      Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 877 809 8533

Representatives Name: Kelly Thomas

Account Number:

---

**Call Received on a Cell Phone (Yes) / No**

Date and Time: 5·27·14      Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5543

Representatives Name: Ashley

Account Number:



# BOSS | ARRIGHI | HOAG

## ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
ELENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. BAUMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 5.29.14                    Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5543

Representatives Name: Ashley

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 6.28.14 / 8:58pm     Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 7.27.14                    Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 7.27.14                    Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5543

Representatives Name:

Account Number:

---



BOSS | ARRIGHI | HOAG
ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINE J. DAVIS, ESQ.
GLENN A. DAVIS, ESQ.
MATTHEW W. KENTEL, ESQ.
ADAM T. RABMAN, ESQ.
ALEXANDRA J. FREESE, ESQ.

## CREDITOR CALL LOG

Call Received on a Cell Phone (Yes) / No

Date and Time: 7.29.14                           Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5543

Representatives Name: Ashley

Account Number:

---

Call Received on a Cell Phone (Yes) / No

Date and Time: 8.8.14 /1:45pm                    Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: Blocked

Representatives Name:

Account Number:

---

Call Received on a Cell Phone (Yes) / No

Date and Time: 8.10.14 /7:45pm                   Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5543

Representatives Name: Ashley

Account Number:

---

Call Received on a Cell Phone (Yes) / No

Date and Time: 8.12.14 7:15pm                    Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5543

Representatives Name: Ashley

Account Number:



BOSS | ARRIGHI | HOAG
ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEENA A. DAVIS, ESQ.
MATTHEW W. KROLL, ESQ.
AFSAN T. RAHMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 8.13.14 / 710pm          Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: 888 272 5543

Representatives Name: Ashley

Account Number:

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 8.14.14 / 658pm          Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: Blocked

Representatives Name:

Account Number:

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 8.15.14 / 455pm          Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: Blocked

Representatives Name:

Account Number:

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 8.18.14 / 649pm          Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: 888 272 5543

Representatives Name:

Account Number:

9800 FOURTH STREET NORTH, SUITE 402 | ST. PETERSBURG, FLORIDA 33702 | PHONE: (727) 471-0039 | FAX: (727) 471-1206
5321 PRIMROSE LAKE CIRCLE | TAMPA, FLORIDA 33647 | PHONE: (813) 251-2924 | FAX: (866) 207-2020
2125 WINDWARD WAY | VERO BEACH, FLORIDA 32963 | PHONE: (772) 675-4304
— WWW.PROTECTYOURFUTURE.COM —



## BOSS | ARRIGHI | HOAG
### ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, Esq.
CHRISTINA J. DAVIS, ESQ.
TEENSA A. DAVIS, ESQ.
MATTHEW W. KRUME, ESQ.
ADISA T. BAUMAN, Esq.
ALEXANDRA L. PRESE, ESQ.

## CREDITOR CALL LOG

---

Call Received on a Cell Phone (Yes) / No

Date and Time: 8.9.14 / 630pm   Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5843

Representatives Name: Ashley

Account Number:

---

Call Received on a Cell Phone (Yes) / No

Date and Time: 8.19.14 / 633pm   Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5843

Representatives Name: Ashley

Account Number:

---

Call Received on a Cell Phone (Yes) / No

Date and Time: 8.20.14 / 530pm   Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: Blocked

Representatives Name:

Account Number:

---

Call Received on a Cell Phone (Yes) / No

Date and Time: 8.21.14 / 11:15am   Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: Blocked

Representatives Name:

Account Number:



**BOSS | ARRIGHI | HOAG**

ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEBRA M. HAVEN, ESQ.
MATTHEW K. KESSEL, ESQ.
ADAM T. RABMAN, ESQ.
ALEXANDRA J. ROESE, ESQ.

## <u>CREDITOR CALL LOG</u>

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 8 · 22 · 14 / 341 pm   Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: 888 272 5543

Representatives Name: Amanda Terry

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 9 . 4 . 14 / 230 pm   Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: 888 272 5543

Representatives Name: Ashley

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 9 . 19 . 14 / 437 pm   Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: 888 272 5543

Representatives Name: Ashley

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 9 . 19 . 14 / 440 pm   Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: 888 272 5543

Representatives Name: Ashley

Account Number:

---



# BOSS | ARRIGHI | HOAG
## ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA L. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 9.22.14 / 640pm      Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 9.18.14 / 644pm      Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5543

Representatives Name: Ashley

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 9.17.14 / 649pm      Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5543

Representatives Name: Ashley

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 9.18.14 / 640pm      Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5543

Representatives Name: Ashley

Account Number:

Set aside.



BOSS | ARRIGHI | HOAG

ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 9.23.14/6:13pm        Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 877 809 8533

Representatives Name: Kelly

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 9.23.14        Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: Blocked

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 9.23.14        Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 888 272 5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes)/ No

Date and Time: 9.24.14        Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: Blocked

Representatives Name:

Account Number:

9800 FOURTH STREET NORTH, SUITE 402 | ST. PETERSBURG, FLORIDA 33702 | PHONE: (727) 471-0039 | FAX: (727) 471-1206
5321 PRIMROSE LAKE CIRCLE | TAMPA, FLORIDA 33647 | PHONE: (813) 251-2921 | FAX: (866) 207-2020
2125 WINDWARD WAY | VERO BEACH, FLORIDA 32963 | PHONE: (772) 675-4304
WWW.PROTECTYOURFUTURE.COM



# BOSS | ARRIGHI | HOAG
## ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA L. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KISHEL, ESQ.
ADAM T. RAUSMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone (Yes)/ No**

Date and Time: 9.24.14                    Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: Blocked

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone (Yes)/ No**

Date and Time: 9.24.14 / 808pm    Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: 888 272 5543

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone (Yes)/ No**

Date and Time: 9.24.14 / 810pm    Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: 302 283 4044

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone (Yes)/ No**

Date and Time: 9.24.14 / 601pm    Conversation Notes:

Creditor's Name: Sallie mae

Creditor's Phone Number: 302 283 4044

Representatives Name:

Account Number:

---

9800 FOURTH STREET NORTH, SUITE 402 | ST. PETERSBURG, FLORIDA 33702 | PHONE: (727) 471-0039 | FAX: (727) 471-1206
5321 PRIMROSE LAKE CIRCLE | TAMPA, FLORIDA 33647 | PHONE: (813) 251-2921 | FAX: (866) 207-2020
2125 WINDWARD WAY | VERO BEACH, FLORIDA 32963 | PHONE: (772) 675-4304
WWW.PROTECTYOURFUTURE.COM



BOSS | ARRIGHI | HOAG
——— ATTORNEYS AT LAW ———
—— PROTECT YOUR FUTURE ——

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

## CREDITOR CALL LOG

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 9.24.14 /12:02 pm        Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 302 283 4044

Representatives Name:

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 8.31.14        Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 877 809 8533

Representatives Name: Kelly Thomas

Account Number:

---

**Call Received on a Cell Phone** (Yes) / No

Date and Time: 8.31.14        Conversation Notes:

Creditor's Name: Sallie Mae

Creditor's Phone Number: 877 809 8533

Representatives Name: Kelly Thomas

Account Number:

---

**Call Received on a Cell Phone**  Yes / No

Date and Time:        Conversation Notes:

Creditor's Name:

Creditor's Phone Number:

Representatives Name:

Account Number:

9800 FOURTH STREET NORTH, SUITE 402 | ST. PETERSBURG, FLORIDA 33702 | PHONE: (727) 471-0039 | FAX: (727) 471-1206
5321 PRIMROSE LAKE CIRCLE | TAMPA, FLORIDA 33647 | PHONE: (813) 251-2921 | FAX: (866) 207-2020
2125 WINDWARD WAY | VERO BEACH, FLORIDA 32963 | PHONE: (772) 675-4304
——— WWW.PROTECTYOURFUTURE.COM ———

# Send Result Report

**MFP**

## TASKalfa 300ci
Firmware Version 2H7_2F00.013.006 2012.01.06

07/07/2014 17:38
[2J2_J000.024.001] [2H7_1J00.002.003] [2H7_7000.013.006]

Job No.: 149877          Total Time: 0°00'26"          Page: 002

# Complete

Document:          doc20140707173706

---

FACSIMILE COVER PAGE

Date:   July 7, 2014

To:   Sallie Mae                    Fax: 800-443-9723

From:   Anthony Bradlow             Ph.: 727-471-0039
                                    Fax: 727-471-1206

Re:   Brian Hoag

No. of Pages (including cover page): 2

---

| No. | Date and Time | Destination | | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|---|-------|------|--------|----------------|
| 001 | 07/07/14 17:37 | 18004439723 | | 0°00'26" | FAX | OK | 200x100 Normal/On |

# Exhibit "D"

[ OJC0404679 ]

July 7, 2014

*VIA FACSIMILE: 800-443-9723*

Sallie Mae
P.O. Box 9640
Wilkes-Barre, PA 18773

       **RE:**   Loan:  5029350400257254
                               5029350404659224
                               5029350404659240

To Whom It May Concern:

    As my previous correspondence sent on March 18, 2014 indicated, I represent Brian M. Hoag, Carol Hoag, and Herbert Hoag, in regards to the above referenced loans. Since the primary borrower, Brian Hoag, has had difficulty paying his loans on time, I was hired to look into possible loss mitigation efforts, including forbearance, refinancing, and/or different ways to help them repay the loans. As previously stated, please do not contact my clients on any of their phone numbers regarding their loans. Rather, contact me directly if you have any questions or concerns, or update regarding the above referenced loss mitigation offers, at phone number (888) 783-4196, or send written correspondence to 9800 4th St. N., St. Petersburg, FL 33702.

    Thank you for your attention.

                                         Very Truly Yours,

                                         Anthony Bradlow, Esq.

FACSIMILE COVER PAGE

Date:   July 7, 2014

To:    Sallie Mae                          Fax: 800-443-9723

From:  Anthony Bradlow                     Ph.: 727-471-0039
                                           Fax: 727-471-1206

Re:    Brian Hoag

No. of Pages (including cover page): 2